Mark E. Ellis – 127159
June D. Coleman – 191890
ELLIS, COLEMAN, POIRIER, LaVOIE
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for Defendant
AFNI, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JARROD NESOM RAMSEY-LEWIS, an individual, and AMY M. SIMPSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AFNI, INC., a Corporation, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 2:07-CV-00381 FCD GGH <br><br> **AGREED MOTION TO DISMISS AND [PROPOSED] ORDER** |

In light of the settlement between the parties, PLAINTIFF hereby moves this Court to dismiss this action with prejudice. Defendant, through its attorney, has agreed to the granting of this motion.

Respectfully,

/s/ James R. Robertson          Dated: October 25, 2007
Attorney for Plaintiff

/s/ June D. Coleman             Dated: October 24, 2007
Attorney for Defendant

- 1 -

AGREED MOTION TO DISMISS AND [PROPOSED] ORDER


**[PROPOSED] ORDER**

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted. IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: _____

_____
Honorable Judge Frank C. Damrell, Jr.